PERNAY STEGALL v. CATAWBA OIL COMPANY OF N. C.; SHELL OIL COMPANY AND ROY BROOME.

(Filed 20 November 1963.)

APPEAL by plaintiff from *Johnston, J.,* May 1963 Mixed Session of UNION.

From a judgment sustaining the separate demurrer of each oil company, plaintiff appeals.

*J. Max Thomas for plaintiff appellant.*

*Smith & Griffin by C. Frank Griffin and Richardson & Dawkins by O. L. Richardson for defendant appellees Catawba Oil Company of N. C. and Shell Oil Company.*

PARKER, J. The amended complaint here is identical with the amended complaint in the case of Sheila Mangum Stegall, Administratrix of the Estate of Coy Lee Stegall, against the same defendants here, the opinion in which is filed this day *ante* 459, with the single exception that in the case of Sheila Mangum Stegall, Administratrix of the Estate of Coy Lee Stegall, there are allegations as to the burns and death of Coy Lee Stegall, her qualification as administratrix of his estate, and a prayer for recovery of damages for his death, and that here there are allegations as to the destruction by fire of plaintiff's furniture and of the house, and a prayer for recovery of damages for the destruction of his furniture. In each case it is the same explosion, and allegedly caused the same way.

The separate demurrer of each oil company here is identical with the separate demurrer of each oil company in the case of Sheila Mangum Stegall, Administratrix of the Estate of Coy Lee Stegall, and the judgment here is identical with the judgment entered in that case. The briefs in both cases are identical, with the exception that in the case of Sheila Mangum Stegall, Administratrix of the Estate of Coy Lee Stegall, the joint brief of the defendant oil companies contends that on the face of the amended complaint itself contributory negligence on the part of plaintiff's intestate Coy Lee Stegall is so patent and un-

STEGALL *v.* OIL CO.

questionable as to bar recovery by plaintiff. In addition, counsel in both cases are the same.

The judgment below is affirmed upon authority of the case of Sheila Mangum Stegall, Administratrix of *Coy Lee Stegall v. Catawba Oil Company of N. C., Shell Oil Company and Roy Broome, ante,* 459. This is without prejudice to plaintiff's right to move in the court below for leave to amend his amended complaint under the provisions of G.S. 1-131.

Affirmed.